450 A.2d 1048

Burkett etc. v. Pelczarski, Appellant v. Sekscinski.

Pelczarski, Appellant v. Burkett.

Petition for Allowance of Appeal
Denied Nov. 23, 1982.

Argued March 16, 1982. John A. Robb, for appellant; John F. Becker, for appellees.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Affirmed.